UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

DISNEY ENTERPRISES, INC., et al.  )
                                   )
          Plaintiffs,              )
                                   )    No. 1:05-CV-103
v.                                 )
                                   )    Judge Curtis L. Collier
                                   )
KATHY FARMER,                      )
          Defendant.               )
                                   )
                                   )

**O R D E R**

Plaintiffs Disney Enterprises, Inc.; Columbia Pictures Industries, Inc.; Warner Bros. Entertainment, Inc.; and Lions Gate Films, Inc. (collectively "Plaintiffs") filed a motion for entry of default judgment (Court File No. 7). Plaintiffs' motion for default judgment was referred to Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) (Court File No. 12). In accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the magistrate judge filed a report and recommendation ("R&R") recommending judgment be entered as follows: (1) Plaintiffs be awarded statutory damages under 17 U.S.C. § 504(c)(1) in the total amount of $6,000; (2) Plaintiffs be awarded $2,298.57 in attorney's fees and $520.67 in costs under 17 U.S.C. § 505; and (3) Plaintiffs be awarded permanent injunctive relief under 17 U.S.C. §§ 502 and 503 (Court File No. 13). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), and Rule

72(b).

Accordingly, pursuant to Fed. R. Civ. P. 58(a), the Court will set forth on a separate document a judgment in favor of Plaintiffs against Defendant Kathy Farmer.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**